JS-6

Niria M. Arvizu, Esq., [SBN 236994]
Law Offices of Niria M. Arvizu
arvizu@ipcounsel.us
301 E. Colorado, Blvd., Suite 800
Pasadena, CA 91101
Telephone No.: 626.831.8077

Attorneys for Plaintiff,
Mindscope Products

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MINDSCOPE PRODUCTS, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey Corporation, and Does 1-10 inclusive<br><br>Defendant. | Case No.: CV 16-2066-GW(JCx)<br>*Hon. George H. Wu*<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL PURSUANT TO STIPULATION**<br><br>**[Fed. R. Civ. P. 41(a)(1)]** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to the Stipulation for Dismissal filed by Plaintiff MINDSCOPE PRODUCTS and appearing Defendant ONTEL PRODUCTS CORPORATION (collectively, the "Parties"), and for good cause, the Court hereby ORDERS as follows:

1. Pursuant to the Parties' confidential settlement agreement, this action shall be DISMISSED in its entirety.

2. The dismissal is WITH PREJUDICE without costs or attorneys' fees against any party.

**IT IS SO ORDERED.**

DATED: March 10, 2017 _____
Hon. George H. Wu
United States District Judge